UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANETECH, a.s.,

                Plaintiff,

    -against-

STRATA SUSTAINABILITY LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/5/2025

25 Civ. 6971 (AT)

**ORDER**

ANALISA TORRES District Judge:

      On September 2, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by November 3, 2025.  *See* ECF No. 7.  Those submissions are now overdue.  Accordingly, by **December 3, 2025**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge