UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANETECH, a.s.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/4/2025____

                              Plaintiff,

        -against-

STRATA SUSTAINABILITY LLC,

                              Defendant.

25 Civ. 6971 (AT)

**ORDER**

ANALISA TORRES District Judge:

On September 2, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by November 3, 2025.  ECF No. 7.  After receiving no submissions, on November 5, 2025, the Court ordered the parties to submit their joint letter and proposed case management plan by December 3, 2025.  ECF No. 11.  Those submissions are now overdue.

Accordingly, by **January 7, 2026**, the parties shall submit their joint letter and proposed case management plan, or, by the **same date**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of the undersigned's Individual Practices in Civil Cases.  Plaintiff is reminded that further failure to comply with the Court's orders and to prosecute this case may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

        SO ORDERED.

Dated: December 4, 2025
        New York, New York

_____
        ANALISA TORRES
   United States District Judge