USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/26/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANETECH, a.s.,

Plaintiff,

-against-

STRATA SUSTAINABILITY LLC,

Defendant.

25 Civ. 6971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 22, 2025, Plaintiff filed this breach of contract action. *See* Compl., ECF No. 1. On January 2, 2026, after Defendant failed to appear, Plaintiff obtained a clerk's certificate of default. *See* ECF No. 17. Plaintiff has taken no further action since then. Accordingly, by **September 23, 2026**, Plaintiff shall file a status report stating how it intends to proceed in this action. Plaintiff is advised that failure to respond may result in dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 26, 2026
New York, New York

ANALISA TORRES
United States District Judge